UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

KAREEM PRYOR,

Defendant.

_____

19-CR-187-V
20-CR-56-V
DECISION & ORDER

1. On July 7, 2020, the defendant, Kareem Pryor, pleaded guilty to Count 2 of the indictment in 19-CR-187 charging a violation of Title 18, United States Code, Section 1959(a)(3) (assault with a dangerous weapon in aid of racketeering), and Count 1 of the indictment in 20-CR-56 charging a violation of Title 18, United States Code, Section 841(a)(1) (possession with intent to distribute methamphetamine). Docket Item 91.

2. On July 9, 2020, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 94.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (docket item 94), the plea agreement (docket item 91), the indictments (docket items 1 (19-CR-187) and 1 (20-CR-56), a transcript of the digital

FTR recording of the plea proceeding (docket item 95), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of Count 2 of the indictment in 19-CR-187 and Count 1 of the indictment in 20-CR-56.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's July 9, 2020 Report & Recommendation, Docket Item 94, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Kareem Pryor, is now adjudged guilty under Title 18, United States Code, Section 1959(a)(3) (assault with a dangerous weapon in aid of racketeering) and Title 18, United States Code, Section 841(a)(1) (possession with intent to distribute methamphetamine).

SO ORDERED.

Dated:   September 25, 2020
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE